# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Victor B. Perkins,

          Plaintiff,

v.

Dr. Jack Daniels and Dr. Dionne Hart,

          Defendants.

Case No. 19-cv-2663 (SRN/ECW)

**ORDER**

---

Victor B. Perkins, Reg. No. 08783-039, Federal Medical Center, P.O. Box 4000, Rochester, MN 55903-4000, Plaintiff pro se.

Ana H. Voss, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for Defendants Daniels and Hart.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated February 4, 2021 [Doc. No. 47]. No objections have been filed in the time period permitted by the Local Rules.

Accordingly, and after an independent review of the files, records and proceedings in the above-entitled matter, IT IS HEREBY ORDERED THAT:

1. Plaintiff Victor B. Perkins's request for default judgment [Doc. No. 41] is DENIED.

BY THE COURT:

DATED: February 26, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge